# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0082. ROY LATIMORE v. THE STATE.**

A jury found Roy Latimore guilty of multiple counts of armed robbery and firearm offenses, and his convictions were affirmed in an unpublished opinion. See *Latimore v. State*, Case Number A18A0722 (decided April 24, 2018). On January 8, 2020, Latimore filed a pro se motion alleging that his judgment of conviction is void for various reasons, including a lack of subject matter jurisdiction, a lack of personal jurisdiction, and violations of his due process rights. The trial court dismissed the motion, noting that Latimore already received appellate review of his convictions and concluding that he is now, therefore, barred from raising these arguments. Latimore then filed this appeal.

As the trial court concluded, Latimore's motion does not present a cognizable basis for relief. A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed. See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Consequently, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/31/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*